UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS CULLINAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEMTREX, INC., SAAGAR GOVIL, ARUN GOVIL and RENATO DELA RAMA,<br><br>Defendants. | Consolidated Case No.: 2:17-cv-01067<br><br>Judge Joseph F. Bianco |

## NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Lead Plaintiffs Umang Khetarpal, Benjamin Webb, Gang Chen, Timothy Heath, and Minh Nguyen (collectively, " Lead Plaintiffs"), by and through counsel, respectfully move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order: (1) preliminarily certifying the proposed Settlement Class for settlement purposes only, appointing Lead Plaintiffs as Class Representatives and Lead Counsel as Class Counsel; (2) preliminarily approving the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated December 21, 2018; (3) approving the form and manner of providing Notice of the Settlement to the Settlement Class; and, (4) scheduling a Settlement Hearing at which this Court will, among other things, consider final approval of the Settlement.

This motion is based upon the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the Declaration of Shannon L. Hopkins in Support of Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and all related exhibits.

Defendants do not oppose this motion.

DATED:  December 21, 2018                Respectfully Submitted,

**LEVI & KORSINSKY LLP**

*/s/Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
Sebastiano Tornatore (ST-0807)
733 Summer Street, Suite 304
Stamford, CT 06901
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
          stornatore@zlk.com


*Counsel for the Cemtrex Investor Group and Lead Counsel for the [Proposed] Class*

**BRAGER EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel (LE-4505)
Melissa A. Fortunato (MF-7182)
885 Third Avenue, Suite 3040
New York, New York 10022
Tel.: (212) 355-4648
Fax: (212) 214-0506
Email: eagel@bespc.com
          fortunato@bespc.com


*Additional Counsel for the Cemtrex Investor Group*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Shannon L. Hopkins*
Shannon L. Hopkins