UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS CULLINAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>      v.<br><br>CEMTREX, INC., SAAGAR GOVIL, ARUN GOVIL and RENATO DELA RAMA,<br><br>                      Defendants. | Consolidated Case No.: 2:17-cv-01067<br><br>Judge Joseph F. Bianco |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Shannon L. Hopkins, declare as follows:

1. I am a member in good standing of the bar of the States of New York Massachusetts and Connecticut. I am a partner with the firm of Levi & Korsinsky LLP, counsel for Lead Plaintiffs in this action. I submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

2. Attached hereto are true and correct copies of the following documents:

    Exhibit 1:    Stipulation and Agreement of Settlement
    Exhibit 2:    Firm Resume of Levi & Korsinsky LLP
    Exhibit 3:    Firm Resume of Bragar Eagel & Squire, P.C.

3. After consulting with experts, Lead Plaintiffs estimate that if they prevailed on all claims, the maximum recovery would be approximately $2 million.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2018.

                                                                      Shannon L. Hopkins

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

_____
Shannon L. Hopkins