# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS CULLINAN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>v.<br><br>CEMTREX, INC., SAAGAR GOVIL, ARUN GOVIL and RENATO DELA RAMA,<br><br>          Defendants. | Consolidated Case No.: 2:17-cv-01067<br><br>Judge Joseph F. Bianco |

## NOTICE OF MOTION AND LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS FOR LEAD PLAINTIFFS

PLEASE TAKE NOTICE that, on May 22, 2019 at 1:30 p.m. before the Honorable Joseph F. Bianco, United States District Judge for the Eastern District of New York, upon the accompanying Memorandum of Law in Support of Lead Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Awards for Lead Plaintiffs', dated May 1, 2019, the accompanying Declaration of Shannon L. Hopkins, dated May 1, 2019, the exhibits annexed thereto, all prior papers and proceedings herein, and such additional evidence or argument as may be presented at or before the hearing, the undersigned Lead Counsel will and do respectfully move this Court for entry of an Order (1) awarding Lead Counsel attorneys' fees in the amount of 25% of the Settlement Fund, or $156,250, (2) approving reimbursement of litigation expenses incurred in this Action in the amount of $24,591.85, and (3) awarding to Lead Plaintiffs $32,000 ($22,000 for Lead Plaintiff Khetarpal, and $2,500 each for Lead Plaintiffs Benjamin Webb, Gang Chen, Timothy Heath, and Minh Nguyen.

A proposed order will be submitted with Lead Counsel's reply papers no later than May 15, 2019, after the deadline for objections has passed.

DATED:  May 1, 2019 					Respectfully Submitted,

**LEVI & KORSINSKY LLP**

<u>/s/Shannon L. Hopkins</u>
Shannon L. Hopkins
Sebastiano Tornatore
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com
            stornatore@zlk.com


*Counsel for the Cemtrex Investor Group and Lead Counsel for the [Proposed] Settlement Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, New York 10022
Tel.: (212) 355-4648
Fax: (212) 214-0506
Email: eagel@bespc.com
            fortunato@bespc.com


*Additional Counsel for the Cemtrex Investor Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Shannon L. Hopkins*
Shannon L. Hopkins